# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| United States of America *ex rel.* John N. Kramer, D.D.S. ) ) ) | |
| *Plaintiff and Relator*, ) ) | Case No. 1:18-CV-00373-DRC |
| v. ) ) | Judge Douglas R. Cole |
| Robert A. Doyle, Jr., D.M.D., *et al.* ) ) | |
| *Defendants.* ) ) | |

## JOINT MOTION FOR EXTENSIONS OF TIME

Pursuant to S.D. Ohio Civ. R. 7.3(a), Plaintiff–Relator Dr. John Kramer; Defendants CDC Martins Ferry, LLC and CDC Steubenville, LLC ("Defendants"); and non-parties North American Dental Management, LLC and Professional Dental Alliance, LLC ("NADG," and together with Plaintiff-Relator and Defendants, the "Joint Movants"), respectfully move for an extension of time, respectively, to file an opposition and a reply to Relator's November 21, 2022 Motion to Join Parties Under Federal Rule of Civil Procedure 25(c) (ECF No. 71) ("Motion to Join"). The current deadline for Defendants and non-party NADG to respond to the Motion to Join is December 12, 2022, and the deadline for Plaintiff-Relator to reply is December 27, 2022. Given the past and coming holidays, the Joint Movants request brief extensions until December 29, 2022 to respond and until January 17, 2023 to reply.

The Joint Movants have conferred about this matter and mutually agree to these extensions, subject to approval of the Court. Pursuant to S.D. Ohio Civ. R. 7.3(a), a proposed order is attached.

| | |
|---|---|
| Dated:  December 2, 2022 | Respectfully submitted, |

 /s/ B. Nathaniel Garrett (with permission)     /s/ Elizabeth K. Stepp (with permission)

James B. Helmer, Jr. (0002878)
James A. Tate (0085319)
B. Nathaniel Garrett (0090939)
HELMER, MARTINS,
      TATE & GARRETT Co., LPA
1745 Madison Road
Cincinnati, Ohio 45202
Telephone:  (513) 421-2400
Facsimile:  (513) 42107902
jhelmer@fcalawfirm.com
jtate@fcalawfirm.com
ngarrett@fcalawfirm.com

*Attorneys for Relator John N Kramer, D.D.S.*


 /s/ Andrew G. Fiorella

Andrew G. Fiorella (0077005)
James J. Walsh, Jr. (*pro hac vice*)
BENESCH, FRIEDLANDER,
      COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio  44114
Telephone:  (216) 363-4453
Facsimile:  (216) 363-4588
afiorella@beneschlaw.com
jwalsh@beneschlaw.com

-and-

Mark J. Silberman (*pro hac vice*)
BENESCH, FRIEDLANDER,
      COPLAN & ARONOFF LLP
71 S. Wacker Drive, Suite 1600
Chicago, Illinois  60606
Telephone:  (312) 212-4952
Facsimile:  (312) 767-9192
msilberman@beneschlaw.com

*Attorneys for Non-Parties North American Dental Management, LLC and Professional Dental Alliance, LLC*

Elizabeth K. Stepp (*pro hac vice*)
Lynette S. Byrd (*pro hac vice*)
OBERHEIDEN, P.C.
440 Louisiana Street, Suite 200
Dallas, Texas  75002
Telephone:  (214) 334-7648
Facsimile:  (972) 559-3365
eks@federal-lawyer.com
lsb@federal-lawyer.com

-and-

Donald P. Screen (0044070)
THE CHANDRA LAW FIRM, LLC
The Chandra Law Building
1265 W. 6th Street, Suite 400
Cleveland, Ohio  44113
Telephone:  (440) 829-4577
Facsimile:  (216) 578-1800
donald.screen@chandralaw.com

*Attorneys for Defendants CDC Martins Ferry, LLC and CDC Steubenville, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 2, 2022, a copy of the foregoing was filed electronically with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to all counsel of record to this action. There are no parties requiring service by other means.

 */s/ Andrew G. Fiorella*
Andrew G. Fiorella (0077005)

*One of the Attorneys for Non-Parties North American Dental Management, LLC and Professional Dental Alliance, LLC*